UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DORNAL GIBSON                                                                PLAINTIFF

V.                          No. 3:21-CV-198-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                               DEFENDANT

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is hereby REVERSED and REMANDED. Judgment is entered in favor of the Plaintiff. This is a sentence four remand under 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 1st day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE