# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DORNAL GIBSON                                                                                           PLAINTIFF

V.                                               No. 3:21-CV-198-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                                          DEFENDANT

## ORDER

On January 30, 2023, Plaintiff Dornal Gibson's attorney, Howard D. Olinksy, filed a Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"). *Doc. 18*. Mr. Olinsky requests a total award of **$5,637.11** (which sum includes 1.8 attorney hours incurred in 2021 at an hourly rate of $214.29; 19.8 attorney hours incurred in 2022 at an hourly rate of $232.67; 5.8 paralegal hours at an hourly rate of $100; and expenses of $64.52).

On February 2, 2023, the parties jointly filed a "Stipulation to an Award of Attorney Fees Under the Equal Access to Justice Act." *Doc. 21*. In that document, the parties indicate that they have negotiated and agree that **$5,358.48** is "the appropriate award of attorney fees and expenses under the EAJA." *Id. at 2*.

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the requested sum is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees (*Doc. 18*), as modified by the parties' Stipulation (*Doc. 21*), is GRANTED.

Plaintiff is awarded **$5,358.48** in fees and expenses under the EAJA.[1]

SO ORDERED this 7th day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.